1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **DENISE B. RAMIREZ,** | ) | NO. CV 16-02105-JFW (KS) |
| **Plaintiff,** | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS OF UNITED** |
| **NANCY A. BERRYHILL,** | ) | **STATES MAGISTRATE JUDGE** |
| **Acting Commissioner of Social** | ) | |
| **Security,** | ) | |
| **Defendant.** | ) | |

_____

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), Defendant's Objections to the Report and Recommendation ("Objections"), and Plaintiff's Reply to defendant's Objections ("Reply"). Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated.

The Court concludes that the arguments presented in the Objections do not affect or alter the analysis and conclusions set forth in the Report.

//

1

1
2
3
4
Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that the Commissioner's decision is REVERSED, the case is REMANDED for further proceedings consistent with the Report, and Judgment shall be entered accordingly.

5
6   DATED: March 24, 2017
7                                                              _____
                                                               JOHN F. WALTER
                                                               UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28