JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENISE B. RAMIREZ, | ) | NO. CV 16-02105-JFW (KS) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

_____

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the decision of the Commissioner of Social Security is REVERSED, and the above-captioned action is REMANDED for further proceedings consistent with U.S. Magistrate Judge Karen L. Stevenson's Report and Recommendation.

DATED: March 24, 2017

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE