# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENISE B. RAMIREZ,** | ) NO. CV 16-02105-KS |
| **Plaintiff,** | ) |
| v. | ) **ORDER AWARDING ATTORNEY FEES** |
| | ) **AND EXPENSES PURSUANT TO THE** |
| **NANCY A. BERRYHILL, Acting** | ) **EQUAL ACCESS TO JUSTICE ACT** |
| **Commissioner of Social Security** | ) |
| **Defendant.** | ) |
| _____ | ) |

Based upon the parties' Stipulation for Award of Fees under the Equal Access to Justice Act ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of SEVEN-THOUSAND TWO-HUNDRED DOLLARS and NO CENTS ($7,200.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

DATED: June 14, 2017

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1